# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1748

_____

Joann L. Berget; Ward Arvidson;          *
Wynn Arvidson,                           *
                                         *
        Appellants,                      *
                                         *   Appeal from the United States
        v.                               *   District Court for the
                                         *   District of Minnesota.
City of Eagan; City of Inver Grove       *
Heights; Det. Paul Maier; Det. Corey     *   [UNPUBLISHED]
Thomas; Det. Brian Gunderson; Det.       *
Doug Matteson; Det. Heather Berens;      *
Sgt. Tom Schoenecker; Officer            *
Koenke; Kathleen Gilbertson; Officer     *
Rezny; Deputy Chief Jeff Johnson,        *
                                         *
        Appellees.                       *

_____

Submitted: August 16, 2010
Filed: August 19, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Joann Berget, Wynn Arvidson, and Ward Arvidson appeal the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action. After careful de novo review, viewing the evidence and all fair inferences from it in the light most favorable to appellants, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was properly granted for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny appellees' motion to strike portions of appellants' appendix.

_____

[1]The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota.